```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EMPIRE STATE BUS CORP., et al.,                                    :
                                                                   :
                              Plaintiffs,                          :
                                                                   :          21-cv-10471 (LJL)
        -v-                                                        :
                                                                   :                ORDER
LOCAL 854 HEALTH AND WELFARE FUND,                                 :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2023

LEWIS J. LIMAN, United States District Judge:

      On February 13, 2023, the Court granted Plaintiffs' motion for summary judgment.  Dkt. No. 35.  The parties are directed to submit a joint letter on or before May 9, 2023, indicating their respective positions on whether any portion of the case presents a live dispute for the Court to address or whether the Court should enter judgment for Plaintiffs.

      SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                                                   LEWIS J. LIMAN
                                                    United States District Judge