**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EMPIRE STATE BUS CORP., et al.,

                      Plaintiffs,

    -against-                                21 **CIVIL** 10471 (LJL)

                                                    **JUDGMENT**

LOCAL 854 HEALTH AND WELFARE FUND,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 13, 2023, the motion is GRANTED IN PART AND DENIED IN PART. Summary judgment is GRANTED in favor of Plaintiffs and Plaintiffs' request for attorneys' fees in DENIED.

**Dated:**  New York, New York

      May 9, 2023

                                                        **RUBY J. KRAJICK**

                                                     _____
                                                         **Clerk of Court**

                                **BY:**     *K. Mango*

                                                         _____
                                                         **Deputy Clerk**